IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

KENNETH MELVIN STERLING, III,     *

    Plaintiff,     *

vs.     *     CASE NO.3:13-CV-72-CDL-CHW

SHERIFF IRA EDWARDS, et al.,     *

    Defendants.     *

\*

\*

\*

\*

\*

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 28, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff to the Report and Recommendation have been considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of September, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE